

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00378-CR

Manuel **LEOS,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9616
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

Appellant appeals from the trial court's "Order Amending Conditions of Community Supervision." This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. *Davis v. State,* 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Basaldua v. State,* 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State,* 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). It is therefore ORDERED that appellant show cause why this appeal should not be dismissed for want of jurisdiction by August 6, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court